Argued and submitted July 24, 1996, affirmed July 29, 1997

STATE OF OREGON,
*Respondent,*

*v.*

FRANK PAUL PEDELINI,
*Appellant.*

(94CR0283; CA A89567)

932 P2d 92

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Ann Kelley, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Lovette*, 145 Or App 317, 930 P2d 856 (1996); *State v. Jolley*, 145 Or App 312, 930 P2d 855 (1996).